

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 2-08-075-CV

IN RE LESLIE RAY LAMBERT                                          RELATOR

------------

ORIGINAL PROCEEDING

------------

## MEMORANDUM OPINION[1]

------------

The court has considered relator's petition for writ of mandamus.  No petition for bill of review could be located.  The court is of the opinion that relief should be denied.  Accordingly, relator's petition for writ of mandamus is denied.

PER CURIAM

PANEL A:  DAUPHINOT, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  March 4, 2008

------------

[1]See TEX. R. APP. P. 47.4.